UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN KESSNA,

               Plaintiff,

        -against-

SANTANDER CONSUMER USA INC.,
JOHN DOE, and NEW YORK
COLLATERAL RECOVERY CORP.,

              Defendants.

**ORDER**

26-CV-01411 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on February 19, 2026. (Doc. 1). On February 26, 2026, Plaintiff filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant Santander Consumer USA Inc. via CT Corporation System as registered agent on February 25, 2026 (Doc. 6); and on March 3, 2026, Plaintiff filed an affidavit of service indicating service was effectuated on Defendant New York Collateral Recovery Corp. on February 27, 2026, via the New York Secretary of State (Doc. 7). There has been no activity on the docket since the filing of the affidavits of service.

By May 1, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why he should not pursue default judgment against Defendants.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated:  White Plains, New York
        April 1, 2026

_____

Philip M. Halpern
United States District Judge