UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN KESSNA,

               Plaintiff,

-against-

SANTANDER CONSUMER USA INC.,
JOHN DOE, and NEW YORK
COLLATERAL RECOVERY CORP.,

               Defendants.

**ORDER**

26-CV-01411 (PMH)

PHILIP M. HALPERN, United States District Judge:

On April 1, 2026, the Court directed Plaintiff to, by May 1, 2026, comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why he should not pursue default judgment against Defendants. (Doc. 8). On April 3, 2026, Clerk's Certificates of Default were entered upon Plaintiff's motion (Docs. 13, 14), but nothing further has been filed to date.

The Court sua sponte extends the time, nunc pro tunc, for Plaintiff to move for default Judgment in accordance with the Court's Individual Practices Rule 4(B), to May 19, 2026. Plaintiff is reminded that failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
      May 5, 2026

_____
Philip M. Halpern
United States District Judge