# MARCUS ZELMAN, LLC
### ATTORNEY & COUNSELLOR AT LAW

**Ari H. Marcus, Esq.**
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ, AZ, CA & NY
Yzelman@MarcusZelman.com

Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10970

*\*All Correspondences to NJ Office*

June 10, 2026

Honorable U.S. District Judge Philip M. Halpern
United States District Courthouse
Southern District of New York
300 Quarropas Street, Room 530
White Plains, NY 10601

> **Re:    Kessna v. Santander Consumer USA Inc. et al**
> **7:26-cv-01411-PMH**

To the Honorable U.S. District Judge Halpern,

The undersigned represents the Plaintiff, Marvin Kessna, in the above-referenced matter, and respectfully requests a slight adjustment to the start time of the June 16, 2026 Initial Conference, which is currently set for 10:00 a.m. The reason for the request is that I also have a Status Conference in the Eastern District of New York at that exact same time. The reason why we requested to move this call, and not that one, is because that case has 4 separate defendants represented by 4 separate law firms. That would make coordinating a new date or time much more difficult, as opposed to this case with a single law firm representing the defendant who has appeared in this action.

The undersigned has conferred with counsel for the Defendant, who has confirmed that he is available at 12:30 p.m. on June 16, and it is my understanding that this time slot is available for the Court as well. It is therefore respectfully requested that Conference be continued to 12:30 p.m. on that same date.

Counsel for all appearing parties have been copied

Respectfully s

/s/ Yitzchak Z

> Application granted. The June 16, 2026 conference is adjourned to 12:30 p.m. that day. Plaintiff's letter request for a pre-motion conference (Doc. 23) is granted and the Court anticipates that it will be discussed at the June 16th conference. Accordingly, defendant is directed to file a response letter by 12:00 p.m. on June 15, 2026. The Clerk of Court is respectfully requested to terminate the pending letter-motions (Doc. 23, Doc. 24).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             June 12, 2026